# Court of Appeals
# of the State of Georgia

ATLANTA,    July 03, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0392.  JOHNNY HOBBS v. THE STATE.**

In 2013, Johnny Hobbs pled guilty to sale of alprazolam and received a ten-year sentence.  On June 3, 2014, he filed this pro se application for discretionary review, seeking to appeal his conviction and sentence.  Hobbs included a copy of the trial court's order, but it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).

Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[1]  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, on June 6, 2014, we ordered Hobbs to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We provided that failure to comply with this directive would result in dismissal of the application.

Hobbs has not submitted a stamped "filed" copy of the order, and more than ten days have passed since the June 6, 2014, order.  Accordingly, Hobbs's application is hereby DISMISSED.

We note, however, that Hobbs may be entitled to pursue an out-of-time appeal.  He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This application has been dismissed because you

---

[1] Although the order included with the application does not contain a stamped "filed" date, it was signed by the judge on July 23, 2013.  Unless the entry of the order was delayed by more than 10 months, Hobbs's June 3, 2014, application for discretionary appeal would be untimely.

failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/03/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____ , *Clerk.*